UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JACKIE HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23 CV 1329 CDP |
| ) | |
| MARTIN O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORADUM AND ORDER OF DISMISSAL**

On August 13, 2024, this Court entered a Memorandum and Order to Show Cause which directed plaintiff to show cause in writing within thirty (30) days why his complaint should not be dismissed without prejudice for failure to comply with the provisions of the case management order.  ECF 8.  As explained in the Memorandum and Order to Show Cause, the case management order required plaintiff to file his brief in support of his application for benefits within thirty (30) days after the Commissioner filed the certified administrative transcript on December 6, 2023.  ECF 8.  The Memorandum and Order to Show Cause further directed that plaintiff could satisfy the Show Cause Order by filing his brief in support of the complaint within thirty (30) days and specifically warned him that his failure to timely respond would result in the dismissal of the complaint without prejudice without further notice by the Court.  ECF 8.

Plaintiff has not responded to the Memorandum and Order to Show Cause, and his time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's complaint is dismissed without prejudice for failure to comply with the provisions of the case management order and to respond to the Court's August 13, 2024, Memorandum and Order to Show Cause.

A separate Order of Dismissal is entered this same date.

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2024